**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| MOUNTAIN VIEW NURSING, LLC; <br> ADCARE HEALTH SYSTEMS, INC.; <br> ADCARE ADMINISTRATIVE SERVICES, LLC; <br> ADCARE CONSULTING, LLC; and <br> ADCARE OPERATIONS, LLC | PLAINTIFFS |
| v.  No. 1:16CV00019 JLH | |
| RUTH ANN BREEDLOVE, as Special <br> Administratrix of the Estate of <br> Katherine Kelley, and on behalf of the <br> wrongful death beneficiaries | DEFENDANT |

## ORDER

The plaintiffs have filed a status report in which they state that they have agreed to submit this case to arbitration and request that the Court stay the proceedings until arbitration is completed. That request is GRANTED. This action is hereby stayed pending completion of arbitration. The Court directs the Clerk to terminate this action administratively. Any party may move to reopen the case within 30 days after completion of arbitration.

IT IS SO ORDERED this 28th day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE